*KEITH L. MEEKER, ESQ.*
7777 Alvarado Road, Suite 720
La Mesa, California 91942-8256
(619)-461-2181  fax (619)-461-2177

## United States District Court

## Northern District of California

## Oakland Division

| | |
|---|---|
| EPLUS TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>IP NETWORKS, INC.,<br><br>    Defendant. | Case No. C11-00819 DMR<br><br>**ORDER RE STIPULATION FOR STRUCTURED SETTLEMENT; DISMISSAL WITHOUT PREJUDICE (F R CIV P RULE 41); AND FOR ENTRY OF JUDGMENT UPON DEFAULT IN PERFORMANCE OF SETTLEMENT TERMS**<br><br>Court: Magistrate Judge Donna M. Ryu<br>Case Management Conference: 6-1-2011;<br>  1:30 p.m., Courtroom 4, 3rd Floor |

1. Recitals: This Order is made with reference to the following:

   A. Plaintiff, ePlus Technology, Inc., and Defendant, IP Networks, Inc., have filed in the within action a Stipulation for Structured Settlement; Dismissal Without Prejudice (F R Civ P Rule 41); and for Entry of Judgment Upon Default in Performance of Settlement Terms (the "Stipulation for Settlement"); and

   B. The settlement of the parties requires the payment by Defendant, IPN, to Plaintiff of the total sum of Two Hundred Eight Thousand Six Hundred Eighty-two and 17/100 ($208,682.17) Dollars payable as further set forth in the Stipulation for Settlement; and

1

ORDER RE STIPULATION FOR STRUCTURED SETTLEMENT; DISMISSAL WITHOUT PREJUDICE (F R CIV P RULE 41); AND FOR ENTRY OF JUDGMENT UPON DEFAULT IN PERFORMANCE OF SETTLEMENT TERMS                    Case No. C11-00819 DMR

C. The parties have stipulated to the dismissal, without prejudice, of the within action, provided that this Court retain jurisdiction of this case to enforce the settlement of the parties and to enter judgment upon default by Defendant of its settlement obligations under the Stipulation for Settlement; and provided, further, that should Defendant fully, satisfactorily and timely perform its obligations under the Stipulation for Settlement, then the dismissal without prejudice shall become a dismissal with prejudice herein.

NOW, THEREFORE, PURSUANT TO THE ABOVE DESCRIBED STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED AS FOLLOWS:

1. That the within action shall be dismissed without prejudice.

2. That Magistrate Judge Donna M. Ryu retains and reserves jurisdiction of the within action for the purposes of enforcing the settlement described in the Stipulation for Settlement, including, without limitation, jurisdiction to enter Judgment in favor of Plaintiff and against Defendant upon the occurrence of a default by Defendant under the terms of the Stipulation for Settlement.

Should Magistrate Judge Donna M. Ryu no longer serve or be unable for any other reason to exercise personal jurisdiction over this matter upon the occurrence of a default by Defendant, then any other Judge or Magistrate may be appointed by the Presiding Judge of the above Court to exercise such jurisdiction.

3. That upon Defendant's breach of the Stipulation for Settlement, such Judgment may be entered pursuant to *ex parte* application of Plaintiff, without further notice to Defendant, and without Defendant being afforded an opportunity to be heard; such notice and opportunity to be heard being waived by Defendant. Judgment may be proved by Declaration of a duly authorized representative of Plaintiff setting forth the amounts of principal payments made by or on behalf of Defendant, the calculation of interest and the total amount due and owing as of the date of default.

///

*KEITH L. MEEKER, ESQ.*
7777 Alvarado Road, Suite 720
La Mesa, California 91942-8256
(619)-461-2181  fax (619)-461-2177

1      4.    Upon issuance of such Judgment, a Writ of Execution may be obtained by Plaintiff against Defendant from this Court.  This Court reserves jurisdiction to issue the same.

    5.    Upon any such default by Defendant, Plaintiff shall be entitled, as a part of its Judgment, to all of its costs of suit, such reasonable attorneys' fees as are incurred by Plaintiff in connection with its collection of Judgment, and Judgment interest at the rate of 10% per annum as provided in the Stipulation for Settlement.

Dated: _____May 3, 2011_____      _____

                                                            Donna M. Ryu, Magistrate Judge

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\Order.wpd

***KEITH L. MEEKER, ESQ.***
7777 Alvarado Road, Suite 720
La Mesa, California 91942-8256
(619)-461-2181  fax (619)-461-2177

3

ORDER RE STIPULATION FOR STRUCTURED SETTLEMENT; DISMISSAL WITHOUT PREJUDICE (F R CIV P RULE 41); AND FOR ENTRY OF JUDGMENT UPON DEFAULT IN PERFORMANCE OF SETTLEMENT TERMS    Case No. C11-00819 DMR